UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRANDON C SAMPLE, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. C-02-265 |
| FEDERAL BUREAU OF PRISONS, | § § | |
| Defendant. | § § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S THIRD MOTION FOR RELIEF FROM JUDGMENT

On February 11, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's third motion for relief from judgment (D.E. 74) be denied. On March 4, 2011, plaintiff filed a Motion to Withdraw Motion for Relief from Judgment (D.E. 77), which the Court will construe as objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that plaintiff's third motion for relief from judgment is DENIED.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 9th day of March, 2011.

_____
Janis Graham Jack
United States District Judge